FILED

07/03/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0645

**IN THE SUPREME COURT OF THE STATE OF MONTANA**

Cause No. DA 21-0645

STATE OF MONTANA,

Plaintiff and Appellee,

vs.

JUNE LEE WOLVERINE,

Defendant and Appellant.

**ORDER**

Upon consideration of Appellant counsel's pending motion for extension of time ("MET"), and good cause appearing,

IT IS HEREBY ORDERED that the MET filed by Appellant's counsel is granted an extension of time to and including August 8th, 2023, within which to prepare, file, and serve Appellant's Opening Brief on appeal.

ORDER

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 3 2023